UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
SHAQUILLE S. DINKINS,
                              Plaintiff,

               -against-

THE CITY OF NEW YORK, ET AL.,
                              Defendants.
---------------------------------------------------------------

24-CV-1604 (LGS)

ORDER

LORNA G. SCHOFIELD, U.S. District Judge:

    WHEREAS, an initial pretrial conference was held in this action on August 14, 2024. As discussed at the conference, it is hereby

    **ORDERED** that Defendants shall confer with Plaintiff regarding the identity of ADW Carter by **August 21, 2024.** It is further

    **ORDERED** that Defendants shall file a status letter by **August 28, 2024**, regarding the status of identifying ADW Carter. It is further

    **ORDERED** that Plaintiff shall file an amended complaint adding Edwin French and Hasan Reavis as defendants by **August 28, 2024.** It is further

    **ORDERED** that if Plaintiff does not receive a copy of the Complaint from the Court, he shall file a letter stating that he has not received the Complaint by **August 28, 2024.**

    A case management plan and scheduling order will issue separately. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

    The Clerk of Court is respectfully directed to mail a copy of the Complaint at Dkt. 1 and a copy of this Order to Plaintiff.

Dated: August 15, 2024
       New York, New York

                                                          LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE