UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAQUILLE S. DINKINS,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                      Defendants.

24-CV-1604 (LGS)

ORDER OF SERVICE

---

LORNA G. SCHOFIELD, U.S. District Judge:

    WHEREAS, Plaintiff, who is proceeding *pro se in forma pauperis* in this action, filed his Amended Complaint naming Hasan Reavis and Edwin French as Defendants on September 4, 2024.

    WHEREAS, Defendant Reavis may be served at Transportation Division: 17-17 Hazen Street, East Elmhurst, New York 11370.

    WHEREAS, Defendant French may be served at c/o G. Renee Tarver, H+H - Correctional Health Services, 49-04 19th Avenue, 1st Floor, Astoria, New York 11105.  It is hereby

    **ORDERED** that the Clerk of Court is respectfully directed to issue summons for Defendants Reavis and French, complete the USM-285 forms with the addresses for these Defendants and deliver all documents necessary to effect service to the U.S. Mashals Service.  It is further

    **ORDERED** that the Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated: September 25, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE