UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAQUILLE S. DINKINS,
                              Plaintiff,

                -against-

THE CITY OF NEW YORK, et al.,
                              Defendants.

24-CV-1604 (LGS)

ORDER

LORNA G. SCHOFIELD, U.S. District Judge:

WHEREAS, a status conference was held in this action on October 23, 2024.  As discussed at the conference, it is hereby

ORDERED that, by **October 25, 2024**, Defendants shall file a letter regarding the status of service on individual Defendants Edwin French and Hason Reavis and their legal representation.  It is further

ORDERED that, **by November 1, 2024**, Defendants shall file a letter reporting whether any of the prison officials who signed logbook entries associated with Plaintiff on May 30, 2023, resemble the description provided by Plaintiff of Defendant ADW Carter.  The letter also shall attach the relevant pages of the logbook and identify the relevant entries, which attachment may be filed under seal.  The letter also shall identify the person or persons who transported Plaintiff from the medical unit to the housing unit where he was assaulted on May 30, 2023, and explain the extent to which each one resembles or not the description provided by Plaintiff.  If appropriate, given the investigation undertaken by Defendants and the foregoing, they may renew their request to be excused from their *Valentin* obligations as to the identification of ADW Carter.  Defendants shall mail Plaintiff a copy of the letter.

The Clerk of Court is respectfully directed to (1) combine defendants Nurse Jhon Doe and Edwin French on the docket as Edwin French a/k/a Nurse Jhon Doe and (2) mail a copy of this Order to Plaintiff.

Dated:  October 24, 2024
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE