UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAQUILLE S. DINKINS,
                             Plaintiff,

              -against-

THE CITY OF NEW YORK, et al.,
                             Defendants.
------------------------------------------------------------X

24 Civ. 1604 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated December 3, 2024, placed this action on the Court's April 21, 2025, trial-ready calendar and canceled the conference scheduled for December 11, 2024.

    WHEREAS, on December 4, 2024, Defendants filed a letter requesting clarification of the December 3, 2024, Order. It is hereby

    **ORDERED** that the December 3, 2024, Order is **VACATED**. It is further

    **ORDERED** that fact discovery is extended to **January 22, 2025**. An Amended Case Management Plan will issue separately. It is further

    **ORDERED** that a conference regarding the status of discovery will be held on **December 11, 2024**. The conference will be telephonic and held on conference line (855) 244-8681, access code 23111938649.

    The Clerk of Court is respectfully directed to mail this Order to the pro se Plaintiff.

Dated: December 6, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE