UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAQUILLE S. DINKINS,<br>                              Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br>                              Defendants. | 24-CV-1604 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, U.S. District Judge:

WHEREAS, a status conference was held in this action on December 11, 2024. As discussed at the conference, it is hereby

**ORDERED** that, by **December 13, 2024**, Plaintiff shall sign and have notarized his medical release forms. The Warden or other official in charge of the Wyoming Correctional Facility, or other facility in custody of Shaquille S. Dinkins, DIN: 23R1394, shall make a notary available for Plaintiff. Defendants' counsel shall provide the Warden or other official in charge of the facility in custody of Plaintiff with a copy of this Order by **December 12, 2024**. It is further

**ORDERED** that, by **December 30, 2024**, Defendants shall file a letter regarding the status of their receipt of Plaintiff's notarized medical release forms and any request for an extension of the deadline for fact discovery.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: December 11, 2024
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**